THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERVIN BOWENS, Appellant. [890 NYS2d 336]—

The defendant failed to show, by clear and convincing evidence, the existence of a special circumstance warranting a downward departure from his presumptive designation as a level three sex offender (*see People v Foy*, 49 AD3d 835 [2008]). Accordingly, the County Court providently exercised its discretion in designating him a level three sex offender (*see People v Bowens*, 55 AD3d 809 [2008]). Dillon, J.P., Santucci, Florio and Hall, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS M. RIVERA, JR., Appellant. [890 NYS2d 335]—

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Fisher, J.P., Angiolillo, Dickerson and Leventhal, JJ., concur.